UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MALIK IONE JAMES,                )
                                 )
    Plaintiff,              )
                                 )
vs.                              )    Case No.  2:11-cv-2540-IPJ-RRA
                                 )
ALABAMA DEPARTMENT OF            )
CORRECTIONS, et al.,             )
                                 )
    Defendants.             )

## MEMORANDUM OF OPINION

The plaintiff filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging that rights, privileges, or immunities afforded him under the Constitution or laws of the United States are being abridged based on the employment opportunities and the living conditions at the Camden Community Work Release Center, where he is incarcerated. The magistrate judge filed a report and recommendation on July 20, 2011, recommending that this action be transferred to the Southern District of Alabama because venue is improper here.  See 28 U.S.C. § 1391(b) and 28 U.S.C. § 1404(a). No objections to the report and recommendation have been received.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report it due to be and is hereby ADOPTED and the

recommendation is ACCEPTED.  Accordingly, this action is due to be transferred to the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a).

An Order of Transfer in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 9th day of August, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE